| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dominique Engome Tchupo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5572<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Western District of Texas | | |
| Case number:   25-11160-cgb | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dominique Engome Tchupo

<u>11/7/25</u>

**For the court:** *Barry D. Knight* (signature)

Barry D. Knight
Clerk of the Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:  Case No. 25-11160-cgb

Dominique Engome Tchupo  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1  User: admin  Page 1 of 2

Date Rcvd: Nov 07, 2025  Form ID: 318  Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dominique Engome Tchupo, 1605 Southeastern Trail, Round Rock, TX 78664-7053 |
| 18977997 | | Aroma 360, 2058 NEW Miama Ct, Miami, FL 33127 |
| 18990007 | + | Velocity Credit Union, c/o Kerry L. Haliburton, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, Waco, TX 76701-2145 |
| 18978010 | + | Velocity Credit Union, Po Box 1089, Austin, TX 78767-1089 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRNOSHEROW.COM | Nov 08 2025 03:07:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Nov 07 2025 22:09:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18977996 | | Email/Text: clerk@allmandlaw.com | Nov 07 2025 22:09:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 18977998 | + | Email/Text: CSD-BankSO@oag.texas.gov | Nov 07 2025 22:09:00 | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 18977999 | + | EDI: BANKAMER | Nov 08 2025 03:07:00 | Bank of America, Bankruptcy, PO Box 660710, Dallas, TX 75266-0710 |
| 18978001 | | EDI: IRS.COM | Nov 08 2025 03:07:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 18978002 | + | Email/Text: austin.bankruptcy@lgbs.com | Nov 07 2025 22:09:00 | Linebarger Goggan Blair & Sampson, LLP, 2700 Via Fortuna Dr Suite 500, Austin, TX 78746-7998 |
| 18978003 | + | EDI: NTXTOLWAY | Nov 08 2025 03:08:00 | NTTA, Attn Bankruptcy, PO Box 660244, Dallas, TX 75266-0244 |
| 18978004 | | EDI: SYNC | Nov 08 2025 03:07:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 18978005 | | EDI: SYNC | Nov 08 2025 03:07:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 18978006 | ^ | MEBN | Nov 07 2025 22:06:21 | Texas Alcoholic Beverage Comm, Alcoholic Beverage Sales Tax, PO Box 12548, Austin, TX 78711-2548 |
| 18978009 | ^ | MEBN | Nov 07 2025 22:05:55 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC |

| Recip ID | | | |
|---|---|---|---|
| 18978008 | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Nov 07 2025 22:09:00 | 20530-0009 United States Trustee, 903 San Jacinto Blvd Room 230, Austin, TX 78701-2450 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Velocity Credit Union, c/o Kerry L. Haliburton, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, Waco, TX 76701-2145 |
| 18978000 | *+ | Dominique Engome Tchupo, 1605 Southeastern Trail, Round Rock, TX 78664-7053 |
| 18978007 | ##+ | United States Attorney -Western, 816 Congress Ave Suite 1000, Austin, TX 78701-2486 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Julianne M Parker | on behalf of Debtor Dominique Engome Tchupo jparker@allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Kerry L. Haliburton | on behalf of Creditor Velocity Credit Union haliburton@namanhowell.com raquel@namanhowell.com;karen@namanhowell.com |
| Nicholas C Inman | on behalf of Debtor Dominique Engome Tchupo NInman@Allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Randolph N Osherow | rosherow13@gmail.com rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 5